IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> NEWSAT LIMITED, *et al.*,[1] <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 15-10810 (KJC) <br><br> (Jointly Administered) <br><br> ル : #7 |

## ORDER PURSUANT TO FED. R. BANKR. P. 1015(b) DIRECTING JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE

Stephen James Parbery and Marcus William Ayres, of PPB Advisory in Sydney, Australia, are the duly appointed and acting joint and several administrators (the "**Administrators**") and foreign representatives of NewSat Limited, NSN Holdings Pty Ltd., NewSat Services Pty Ltd., Jabiru Satellite Holdings Pty Ltd., NewSat Space Resources Pty Ltd., NewSat Networks Pty Ltd., and Jabiru Satellite Ltd. in administration proceedings (together, the "**Australian Proceeding**") under Australia's *Corporations Act 2001* (Cth), as amended, subject to the supervision of the Federal Court of Australia and the Supreme Court of New South Wales, have commenced these chapter 15 cases ancillary to the Australian Proceeding by filing *Verified Petitions for Recognition of Australian Administration Proceedings and Related Relief* pursuant to sections 1504 and 1515 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**").

By their *Motion Pursuant to Fed. R. Bankr. P. 1015(b) for an Order Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code* (the "**Motion**"),[2] the

---

[1] The last four digits of the Australian Company Number for each debtor follow in parentheses: NewSat Limited (7303); NSN Holdings Pty Ltd. (3263); NewSat Services Pty Ltd. (8708); Jabiru Satellite Holdings Pty Ltd. (7800); NewSat Space Resources Pty Ltd. (9943); NewSat Networks Pty Ltd. (4994); and Jabiru Satellite Ltd. (7365).

[2] Capitalized terms used, but not otherwise defined herein, have the meaning given to them in the Motion.

01:16960653.6

Administrators requested the entry of an order directing the joint administration of the cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

The Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and section 1501 of the Bankruptcy Code, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iii) venue is proper in this district pursuant to 28 U.S.C. § 1410(1) and (3), and after due deliberation and good and sufficient cause appearing for approval of the Motion,

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

ORDERED, that the Motion is approved as set forth herein; and it is further

ORDERED, that the cases be, and hereby are, consolidated pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, for procedural purposes only, and shall be jointly administered by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the cases; and it is further

ORDERED, that the caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* <br><br> NEWSAT LIMITED, *et al.*, <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 15-10810 (KJC) <br><br> (Jointly Administered) |

and it is further

01:16960653.6

ORDERED, that a docket entry shall be made in each of the above-captioned cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of NewSat Limited, NSN Holdings Pty Ltd., NewSat Services Pty Ltd., Jabiru Satellite Holdings Pty Ltd., NewSat Space Resources Pty Ltd., NewSat Networks Pty Ltd., and Jabiru Satellite Ltd. The docket in Case No. 15-10810 (KJC) should be consulted for all matters affecting this case.

and it is further

ORDERED, that the Motion is granted without notice to creditors; and it is further

ORDERED, that service of this Order as provided in the Motion shall constitute adequate and sufficient service and notice; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to any and all matters relating to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
April 16, 2015

_____
United States Bankruptcy Judge

01:16960653.6

3